

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-88,720-01 & WR-88,720-02

### EX PARTE JASON EARL WHITE, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. W10077-1 & W8888-1 IN THE 335TH DISTRICT COURT
### FROM HOOD COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). In Cause No. CR10077, Applicant was convicted of three counts of aggravated sexual assault, one count of indecency with a child by contact, and three counts of indecency with a child by exposure and sentenced to sixty-five years' imprisonment, twenty years' imprisonment, and eight years' imprisonment, respectively. In Cause No. 8888, Applicant was convicted of aggravated sexual assault of a child and sentenced to forty years' imprisonment. Applicant's convictions were affirmed by the Second Court of Appeals. *White v. State*, Nos. 02-07-00089-CR & 02-07-00090-CR (Tex. App.—Fort Worth May 29, 2008) (not

designated for publication).

The Court remanded these writ applications for responses and findings addressing one of Applicant's ineffective assistance of counsel claims and for a finding concerning the status of a pending motion for judgment *nunc pro tunc*.

After an independent review of the entire record and the trial court's findings, we find that Applicant's ineffective assistance of counsel claim is without merit. Therefore, we deny relief.

Applicant's claim for pre-sentence jail time credit is dismissed. *Ex parte Florence*, 319 S.W.3d 695 (Tex. Crim. App. 2010); *Ex parte Ybarra*, 149 S.W.3d 147 (Tex. Crim. App. 2004).


Filed: January 30, 2019
Do not publish